UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **2:23-cv-03051-HDV-MARx** | Date August 13, 2024 |
| Title ***Benny Murray II v. Alclear, LLC et al*** | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brandon Brouillette | Eric Gitig |

**Proceedings:**   STATUS CONFERENCE RE: SETTLEMENT [JS-6]

The Court, having been updated on the status of the case, dismisses the case without prejudice. All proceedings in the case are vacated and taken off calendar. The Court retains jurisdiction for 90 days to reopen the case upon showing of good cause that the settlement has not been completed.

**IT IS SO ORDERED.**